USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
                       :

JOHN BAYDALE, *on behalf of himself*
*and all others similarly situated*,      :

              Plaintiff,      :

         -against-        :

AMERICAN EXPRESS COMPANY, et al., :

            Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

09 Civ. 3016 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to change the caption of this action on the

docket of the Court as follows:

- - - - - - - - - - - - - - - - - - - - - - - - - - -X
                       :

LOCAL NO. 38 INTERNATIONAL
BROTHERHOOD OF ELECTRICAL    :
WORKERS PENSION FUND, *on behalf*
*of itself and all others similarly situated*,  :

              Plaintiff,      :

         -against-        :

AMERICAN EXPRESS COMPANY, et al., :

            Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

-1-

This change shall take effect immediately and all counsel shall be notified.

Dated:  July 1, 2010
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Beth A. Kaswan, Esq.
Thomas L. Laughlin IV, Esq.
Scott & Scott, L.L.P.
500 Fifth Avenue, 40th Floor
New York, NY 10110
*Counsel for Lead Plaintiff Local No. 38, IBEW Pension Fund*

Curtis V. Trinko, Esq.
Law Offices of Curtis V. Trinko, LLP
16 West 46th Street, Seventh Floor
New York, NY 10036

Alfred G. Yates, Jr., Esq.
Gerald L. Rutledge, Esq.
429 Forbes Avenue
Pittsburgh, PA 15219
*Counsel for John Baydale*

Robert E. Zimet, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel for Defendants*