```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/10
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LOCAL NO. 38 INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS PENSION FUND,
on behalf of itself and all others similarly situated,
                                Plaintiff,

                  -against-

AMERICAN EXPRESS COMPANY, et al.,
                              Defendants.
-------------------------------------------------------------X

09 CIVIL 3016 (WHP)

**JUDGMENT**

Defendants having moved to dismiss the Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on July 19, 2010, having rendered its Memorandum and Order granting defendants' motion to dismiss and dismissing the Consolidated Class Action Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 19, 2010, defendants' motion to dismiss is granted and the Consolidated Class Action Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
          July 22, 2010

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                        BY:
                                                         **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____